| PROB 22 (Rev. 02/88) | **07CR 809** | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 94-CR-49-S-01 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Rec. Court) |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Patterson | Western Wisconsin | Madison |
| | NAME OF SENTENCING JUDGE | |
| MAGISTRATE JUDGE SCHENKIER | Honorable John C. Shabaz | |
| JUDGE DER-YEGHIAYAN | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/10/05 — TO 3/9/10 |

**OFFENSE**

Possession with Intent to Distribute a Schedule II Controlled Substance, Cocaine Base

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Western__ DISTRICT OF __Wisconsin__

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Northern District of Illinois__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/6/07
Date                                                  United States District Judge

*This sentence may be deleted in the discretion of the transferring court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Northern District of Illinois__

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after entry of this order.

DEC - 4 2007
Effective Date                                        United States District Judge

FILED
12-5-07
DEC 5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES GOVERNMENT

*MEMORANDUM*

**MAGISTRATE JUDGE SCHENKIER**

**07CR 809**

**JUDGE DER-YEGHIAYAN**

DATE: November 29, 2007

REPLY TO
ATTN OF: U. S. Probation Office
55 East Monroe Street, Room 1500
Chicago, Illinois   60603

SUBJECT: Transfer of Jurisdiction

TO: Mrs. Alyce Mobley-Morris
Courtroom Deputy to Chief Judge Holderman
U. S. Court House, Room 2548

RE:   PATTERSON, Michael

DOCKET NO. OF
TRANSFERRING COURT: 94-CR-49-S-01

Enclosed is Probation Form 22 initiating transfer of jurisdiction to our district.  Please return the signed copies accepting jurisdiction to this office.

Thank you.

Attachment

cc:   Will Smith
      U. S. Probation Officer

taw

**RECEIVED**

DEC  5 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT