IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.:   07 CR 809 |
| | ) | |
| MICHAEL PATTERSON | ) | |

**DEFENDANT'S MOTION FOR
<u>EARLY TERMINATION OF SUPERVISED RELEASE</u>**

Defendant, Michael Patterson, by his attorney, Lisa T. Damico, respectfully moves this Honorable Court for the entry of an order pursuant to Title 18, Section 3583(e)(1) terminating the remaining term of Defendant's supervised release. In support of this motion, the following is offered:

1. On August 22, 1994, in the District Court for the Western District of Wisconsin, Defendant, Michael Patterson, entered a guilty plea to Count 1 of the Indictment, which charged the Defendant with possession with intent to distribute cocaine, in violation of 21 USC §841(a)(1).

2. The Court sentenced Mr. Patterson to a term of imprisonment in the Bureau of Prisons for a total term of 150 months, 5 years supervised release and mandatory fines and assessment fees.

3. Upon completion of his term of incarceration, Mr. Patterson was released from the Bureau of Prisons to a halfway house, having served his sentence without incident.

4. Upon completion of his term at the halfway house, Mr. Patterson moved to Chicago. Consequently, supervision of the matter has been transferred to the District Court for the Northern District of Illinois.

5. Mr. Patterson has completed more than half of his supervised release term, and he has satisfied his financial obligation in full. Mr. Patterson has also, faithfully, adhered to all other conditions of his supervised release term. He has consistently maintained compliance and all fines and fees are paid in full.

6. United States Probation Officer Joy Coffman has been contacted regarding this motion and has indicated she has no objection to this motion being granted. Further, Ms. Coffman intends to submit a report to this Honorable Court indicating that she has no objection.

7. Mr. Patterson strives to have this sad chapter in his life finally put behind him in order that he may be a productive and contributing member of society. To that end, Mr. Patterson has been working very hard and long hours for the past 3 years as a property manager for Darmon Properties. Additionally, Mr. Patterson has been working very hard to repair and re-establish his connection with his children. He has three children, two are adults and one is still a minor. His adult children reside in Georgia and Iowa and the minor child lives in Chicago. Due to his incarceration, his relationship with his children has been strained, to say the least.

8. Mr. Patterson has conscientiously abided by the court's judgment and sentence. The underlying events in this case occurred more than 14 years ago. In the ensuing years, Mr. Patterson has led a law-abiding life. This case has made an indelible impression upon Mr. Patterson. The hard lessons he has learned from his poor choices will haunt him for the rest of his life. It is for these reasons that Mr. Patterson seeks early termination of his term of supervised release.

WHEREFORE, based upon the foregoing, Defendant, Michael Patterson, respectfully requests this Honorable Court enter an order terminating the remaining portion of Mr. Patterson's term of supervised release.

Respectfully submitted,

_____
Attorney for Michael Patterson


Lisa T. Damico
53 W. Jackson Blvd., Suite 1515
Chicago, Illinois, 60604
(312) 229-1244
ARDC#:	6276450