IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERCIA** | ) | |
| | ) | |
| v. | ) | No.:   07 CR 809 |
| | ) | |
| **MICHAEL PATTERSON** | ) | |

## NOTICE OF MOTION

To:   Victoria Peters                                  Joy Coffman
        AUSA                                               U.S. Probation Officer
        219 S. Dearborn, 5th Floor              55 E. Monroe St., Suite 1500
        Chicago, Illinois 60604                    Chicago, Illinois 60602

   PLEASE TAKE NOTICE that on the 3rd day of April, 2008, I shall appear before the Honorable Judge DerYeghian at the hour of 9:00 a.m. and present Defendant's Motion For Early Termination of Supervised Release, a copy of which is attached hereto and herewith served upon you.

                                                                          /s/ Lisa Damico


## CERTIFICATE OF SERVICE

   I, LISA T. DAMICO, certify that I have caused personal service of this Notice of Motion to the person on whom it is directed on this 24th day of March, 2008.

                                                                          /s/ Lisa Damico


LISA T. DAMICO
Law Offices of Lisa T. Damico
53 W. Jackson Blvd.,
Suite 1515
Chicago, IL 60604
(312) 229-1244
ARDC#  6276450