## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 809 - 1 | **DATE** | 4/3/2008 |
| **CASE TITLE** | USA vs. Michael Patterson | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's motion for early termination of supervised release [3] is granted without objection. Defendant's term of supervision is hereby terminated early, as of 04/03/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|